STATE OF NORTH CAROLINA v. MARVIN DAVID PENNELL

No. 7221SC364

(Filed 24 May 1972)

APPEAL by defendant from *Kivett, Judge,* 25 October 1971 Session of Superior Court, held in FORSYTH County.

Defendant entered a plea of guilty to the crime of using explosives to forcibly open a safe. The court duly adjudged that the defendant's plea was freely, understanding and voluntarily made.

From a judgment imposing a prison sentence of not less than 15 nor more than 17 years, defendant appealed.

*Attorney General Robert Morgan by Deputy Attorney General Ralph Moody for the State.*

*Teeter, Parrish and Yokley by D. Blake Yokley and Wilson and Morrow by Harold R. Wilson for defendant appellant.*

VAUGHN, Judge.

As requested by defendant's counsel we have reviewed the record on appeal for any errors of law which might appear therein. We find none.

No error.

Judges MORRIS and GRAHAM concur.